UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF CREVE COEUR, MISSOURI, *on behalf of itself and all others similarly situated*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:18CV1453 RLW |
| DIRECTV, LLC, et al., | ) ) | |
| Defendants. | ) | |

**AND**

| | | |
|---|---|---|
| CITY OF CREVE COEUR, MISSOURI, *on behalf of itself and all others similarly situated*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:18CV1495 SNLJ |
| NETFLIX, INC., et al., | ) ) | |
| Defendants. | ) | |

## ORDER OF REMAND

Pursuant to the Memorandum and Order entered this day,

**IT IS HEREBY ORDERED** that Plaintiff City of Creve Coeur, Missouri's Motions to Remand to State Court (No. 4:18CV1453, ECF No. 39; No. 4:18CV1495 SNLJ, ECF No. 28) are **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that these matters are **REMANDED** to the Twenty-First Judicial Circuit of Missouri in St. Louis County for further proceedings.

Dated this 6th day of August, 2019.

_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**