# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 12, 2019

Mr. Robert J. Wagner
THOMPSON & COBURN
Suite 3500
One US Bank Plaza
505 N. Seventh Street
Saint Louis, MO  63101-1693

      RE:  19-8016  City of Creve Coeur v. DirecTV LLC, et al

Dear Counsel:

      Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

                          Michael E. Gans
                          Clerk of Court

CMD

Enclosure(s)

cc:    Mr. David C. Baxter
       Mr. Robert P. Berry
       Mr. Garrett Ray Broshuis
       Mr. Jared R. Butcher
       Ms. Rebecca Durham
       Mr. Markham C Erickson
       Mr. John W. Hoffman
       Mr. Victor Hao-Jan Jih
       Mr. Elkin L Kistner
       Ms. Moon Hee Lee
       Mr. Gregory J. Linhares
       Mr. Carl J Lumley
       Mr. Darci Faulkner Madden
       Mr. Pantelis Michalopoulos
       Mr. John Francis Mulligan Jr.
       Ms. Priscilla Ayn Parrett
       Mr. Jeffrey L. Schultz
       Ms. Carol M. Silberberg
       Mr. Andrew Strabone

      Mr. Andres Vallejo
      Mr. Roman Paul Wuller

      District Court/Agency Case Number(s):  4:18-cv-01453-RLW
                                                           4:18-cv-01495-RLW

# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 19-8016
_____

City of Creve Coeur, Missouri, on behalf of itself and all others similarly situated

Respondent

v.

DirecTV LLC; DISH Network Corporation; DISH Network, L.L.C; Netflix, Inc.; Hulu, LLC

Petitioners

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:18-cv-01453-RLW)
(4:18-cv-01495-RLW)
_____

**JUDGMENT**

Before COLLOTON, ERICKSON, and KOBES, Circuit Judges.

The petition for permission to appeal is denied. Mandate shall issue forthwith.

September 12, 2019

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans